**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____     Chapter ___11___

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | MSSH, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | DBA  Max's South Seas Hideaway |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 61-1929851 |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 58 Ionia Ave SW<br>Grand Rapids, MI 49503 | 7045 Austhof Woods Dr SE<br>Alto, MI 49302 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Kent | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.maxtiki.com |

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

10/29/20 3:10PM

| Debtor | MSSH, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | ____ | When | ____ | Case number | ____ |
|---|---|---|---|---|---|
| District | ____ | When | ____ | Case number | ____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | See Attachment | Relationship | ____ |
|---|---|---|---|
| District | ____ | When ____ | Case number, if known ____ |

| Debtor | MSSH, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    58 Ionia Ave SW
Grand Rapids, MI, 49503-0000

Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.    Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

■  **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | MSSH, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 29, 2020
                     MM / DD / YYYY

**X** /s/ Mark A. Sellers, III                                      Mark A. Sellers, III
Signature of authorized representative of debtor          Printed name

Title   Authorized Representative

---

**18. Signature of attorney**

**X** /s/ Joseph K. Grekin                              Date   October 29, 2020
Signature of attorney for debtor                                MM / DD / YYYY

Joseph K. Grekin P52165
Printed name

Schafer and Weiner, PLLC
Firm name

40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Number, Street, City, State & ZIP Code

Contact phone   (248) 540-3340          Email address   jgrekin@schaferandweiner.com

P52165 MI
Bar number and State

10/29/20  3:10PM

Debtor    MSSH, LLC
_____
Name

Case number (*if known*) _____

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN
_____

Case number (*if known*) _____  Chapter _____ 11 _____

☐ Check if this an
amended filing

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | Authentiki, LLC | | | Relationship to you | | Sole Member |
| --- | --- | --- | --- | --- | --- | --- |
| District | Western District of Michigan | When | | Case number, if known | | |
| Debtor | Barfly Ventures, LLC, et.al. | | | Relationship to you | | Affiliates |
| District | Western District of Michigan | When | 6/03/20 | Case number, if known | | 20-01947 (jointly admin.) |
| Debtor | Mark A. Sellers, III | | | Relationship to you | | Majority Member |
| District | Western District of Michigan | When | 8/11/20 | Case number, if known | | 20-02619 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | MSSH, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | October 29, 2020 | X /s/ Mark A. Sellers, III |
| | | Signature of individual signing on behalf of debtor |
| | | Mark A. Sellers, III |
| | | Printed name |
| | | Authorized Representative |
| | | Position or relationship to debtor |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | MSSH, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gordon Food Service 1300 Gezon Parkway SW Wyoming, MI 49509 | social@gfs.com 616-530-7000 | Food supplier | | | | $96,219.12 |
| Greenwood Studios 1017 Cottage Grove St. SE Grand Rapids, MI 49507 | Marc Wiegers 616-452-1616 | Original bar build out structural design | | | | $35,939.50 |
| DHE Plumbing 4475 8th Ave. Grandville, MI 49418 | 616-896-8414 | Plumbing work | | | | $27,848.00 |
| Buist Electric 2-84th St. SW Byron Center, MI 49315 | 616-878-3315 | Audio equipment install-leasehold improvement | Disputed | | | $26,002.00 |
| Fortune Fish & Gourmet 1068 W. South Thorndale Ave. Bensenville, IL 60106 | info@fortunefishco.net 630-860-7100 | Food supplier | | | | $18,032.97 |
| Van Eerden Foodservice Co. 650 Ionia SW Grand Rapids, MI 49503 | 616-475-0900 | Food supplier | | | | $13,447.29 |
| Valley City Linen 10 Diamond Ave. SE Grand Rapids, MI 49506 | contactus@vcl.com 616-459-6922 | Linen rental and supplier | | | | $10,826.81 |
| Springthrough Consulting, Inc. 62 Commerce Ave. SW Grand Rapids, MI 49503 | contact@springthrough.com 866-928-5150 | Server installation and maintenance | | | | $10,764.34 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | MSSH, LLC | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Holland Stitchcraft 13163 Reflections Dr. Holland, MI 49424 | 616-399-3868 | Fabric and stitching on booths | | | | $9,384.35 |
| City of Grand Rapids 300 Monroe Ave. NW Rm 220 Grand Rapids, MI 49503-2296 | | Personal Property Taxes | | | | $7,614.03 |
| Great Lakes West 24475 Red Arrow Highway Mattawan, MI 49071 | Julie McComis julieb@greatlakeswest.com 269-668-3553x208 | Supplier of shelving | | | | $7,514.66 |
| Swept Away 5238 32nd Ave. Hudsonville, MI 49426 | 616-259-6008 | Cleaning service | | | | $6,324.00 |
| Open Table, Inc. 1 Montgomery St. Suite 700 San Francisco, CA 94104 | privacy@opentable.com 415-344-4200 | Online reservation system | | | | $5,272.96 |
| Ghafari Associates Ghafari Concept Design 17101 Michigan Ave. Dearborn, MI 48126-2736 | 313-441-3000 | Architecural services on the interior of building | | | | $4,480.00 |
| Grand Rapids Magazine Gemini Media, LLC 401 Hall St. SW, Suite 331 Grand Rapids, MI 49503 | grminfo@grmag.com 616-459-4545 | Advertising | | | | $2,835.00 |
| Outfront 185 US Highway 46 Fairfield, NJ 07004 | 973-575-6900 | Advertising | | | | $2,500.00 |
| Perrigo Printing 125 Ottawa Ave NW Suite 160 Grand Rapids, MI 49503 | 616-871-9292 | Printing | | | | $2,129.53 |
| Restaurant 365 500 Technology Dr. Ste. 200 Irvine, CA 92618 | marketing@restaurant365.com 949-652-7800 | Computer software | | | | $1,695.00 |
| Eat GR Magazine Chris C Freeman 2831 Alson NE Grand Rapids, MI 49505 | Chris C Freemen, R.A. chris@eatgr.com 616-432-8100 | Advertising | | | | $1,500.00 |

Debtor   MSSH, LLC
_____
Name
Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A Closer Look 460 S. Peachtree St. #C Norcross, GA 30071 | info@a-closer-look.com 888-446-5665 | Professional Fees | | | | $895.78 |

10/29/20 3:10PM

**Fill in this information to identify the case:**

Debtor name _____ MSSH, LLC _____

United States Bankruptcy Court for the: _____ WESTERN DISTRICT OF MICHIGAN _____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................... $        0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................... $     2,545,740.14

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................... $     2,545,740.14

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     656,623.82

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $     45,829.48

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     284,937.50

4.  Total liabilities ............................................................................................................
    Lines 2 + 3a + 3b            $     987,390.80

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

10/29/20 3:10PM

**Fill in this information to identify the case:**

Debtor name          MSSH, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.  **Cash on hand** | $6,516.52 |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Fifth Third Bank | checking account | 1682 | $277,005.78 |
| 3.2. | Shopify | Online merchandise sales | | $134.23 |
| 3.3. | Netspend | Debit card account | | $127.08 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $283,783.61

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    MSSH, LLC
          _____          Case number *(If known)* _____
          Name

| 7.1. | Retainer for legal services to Foster Swift Collins & Smith PC | $8,000.00 |
|---|---|---|

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

**9.**    **Total of Part 2.**                                                                | $8,000.00 |
          Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

11a. 90 days old or less:              2,634.30    -              0.00  = ....                 | $2,634.30 |
                                  _____          _____
                                  face amount                   doubtful or uncollectible accounts

**12.    Total of Part 3.**                                                                   | $2,634.30 |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** | | | | |
| **20.    Work in progress** | | | | |
| **21.    Finished goods, including goods held for resale** | | | | |
| **22.    Other inventory or supplies**<br>Food and alcohol | 9/27/2020 | $68,049.99 | Cycle Count | $68,049.99 |

**23.    Total of Part 5.**                                                                   | $68,049.99 |
        Add lines 19 through 22.  Copy the total to line 84.

**24.    Is any of the property listed in Part 5 perishable?**
        ☐ No
        ■ Yes

10/29/20  3:10PM

Debtor    MSSH, LLC                                                     Case number *(If known)*
          Name

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☐ No
     ■ Yes. Book value              20,000.00    Valuation method _____    Current Value        20,000.00

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No.  Go to Part 8.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures**<br>58 Ionia Ave SW, Grand Rapids, MI<br>Leasehold improvements:<br>-Building Interior: $294,000.00<br>-Bar Build Out: $917,000.00<br>-Signage: $3,900.00<br>-Building Improvement: $681,000.00 | $1,985,900.00 | Cost | $1,985,900.00 |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>Furniture and fixtures | $92,721.86 | | $92,721.86 |
| Point of Sale computers | $44,650.38 | | $44,650.38 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                          $2,123,272.24
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

10/29/20  3:10PM

Debtor    MSSH, LLC                                          Case number *(If known)*
          Name

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**  **Aircraft and accessories** | | | |
| **50.**  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Equipment Lease - Amur Equipment | $0.00 | | $0.00 |
| Equipment Lease - Lease Corp of America | $0.00 | | $0.00 |

**51.**    **Total of Part 8.**                                                          $0.00

Add lines 47 through 50.  Copy the total to line 87.

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.   Lease of building<br>located at 58 Ionia<br>Ave. SW, Grand<br>Rapids, MI | Lease | $0.00 | | $0.00 |

**56.**    **Total of Part 9.**                                                          $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    MSSH, LLC
_____    Case number *(If known)* _____
Name

Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** https://maxstiki.com | Unknown | | Unknown |
| 62.    **Licenses, franchises, and royalties** Class C Liquor License SDM LL (MI L-000422410); (MI L-000422411) | $4,184.50 | | $60,000.00 |
| 63.    **Customer lists, mailing lists, or other compilations** Names, addresses, email addresses, phone numbers from online sales websites (Shopify, Mailchimp) and information from online reservation websites (Open Table, Tok). | $0.00 | | Unknown |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**

|  |
|---|
| $60,000.00 |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
■ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    MSSH, LLC
         Name

Case number *(If known)* _____

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    MSSH, LLC
          Name                                              Case number *(If known)* _____

---

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $283,783.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,634.30 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $68,049.99 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,123,272.24 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $60,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,545,740.14 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,545,740.14 |

10/29/20  3:10PM

**Fill in this information to identify the case:**

Debtor name   MSSH, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Amur Equipment Finance, Inc.**<br>Creditor's Name<br><br>308 N Locust Street<br>Grand Island, NE 68801<br>Creditor's mailing address<br><br>wyager@amuref.com<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>9/17/19<br>**Last 4 digits of account number**<br>9916<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Specific equipment<br><br><br>**Describe the lien**<br>Equipment Lien<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $45,201.78 | $0.00 |
| **2.2** **Ionia Retail, LLC**<br>Creditor's Name<br>44 Grandville Ave., SW<br>Suite 300<br>Grand Rapids, MI 49503<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>4/25/2019<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>Goods, apparatus, equipment, fixtures. furnishings, artwork, additional personal property located at 58 Ionia, Grand Rapids, MI<br><br>**Describe the lien**<br>Equipment and Other Assets<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $580,203.00 | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

10/29/20  3:10PM

Debtor    MSSH, LLC
          _____          Case number (if known) _____
          Name

☑ No
☐ Yes. Specify each creditor,        ☐ Contingent
including this creditor and its       ☐ Unliquidated
relative priority.                    ☐ Disputed

---

| 2.3 | Lease Corp of America | Describe debtor's property that is subject to a lien | $31,219.04 | $0.00 |
|-----|----------------------|------------------------------------------------------|------------|-------|

| Creditor's Name | | |
|---|---|---|

3150 Livernois Road
Ste. 300
Troy, MI 48083
Creditor's mailing address

**Describe the lien**
Equipment LIen
**Is the creditor an insider or related party?**

lcainfo@leasecorp.com
Creditor's email address, if known

☑ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
10/01/2019

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
8001

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $656,623.82 |
|----|------------------------------------------------------------------------------------------------------------|-------------|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|-------------------------------------------------------------|-------------------------------------------------|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

10/29/20 3:10PM

**Fill in this information to identify the case:**

Debtor name    MSSH, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>City of Grand Rapids<br>300 Monroe Ave. NW<br>Rm 220<br>Grand Rapids, MI 49503-2296 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38,215.45 | $38,215.45 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>7/22/2020 | Basis for the claim:<br>Real Property Taxes | | |
| | Last 4 digits of account number <u>6793</u><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>City of Grand Rapids<br>300 Monroe Ave. NW<br>Rm 220<br>Grand Rapids, MI 49503-2296 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,614.03 | $7,614.03 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>7/22/2020 | Basis for the claim:<br>Personal Property Taxes | | |
| | Last 4 digits of account number <u>6793</u><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | MSSH, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.1** Nonpriority creditor's name and mailing address

A Closer Look
460 S. Peachtree St. #C
Norcross, GA 30071

Date(s) debt was incurred  2/27/2020

Last 4 digits of account number  N/A

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Professional Fees

Is the claim subject to offset? ■ No ☐ Yes

$895.78

---

**3.2** Nonpriority creditor's name and mailing address

Accident Fund
200 N Grand Ave
PO Box 40790
Lansing, MI 48901-7990

Date(s) debt was incurred  N/A

Last 4 digits of account number  0002

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Worker's Comp Insurance

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3** Nonpriority creditor's name and mailing address

Buist Electric
2-84th St. SW
Byron Center, MI 49315

Date(s) debt was incurred  10/21/2019

Last 4 digits of account number  0385

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Audio equipment install-leasehold improvement

Is the claim subject to offset? ■ No ☐ Yes

$26,002.00

---

**3.4** Nonpriority creditor's name and mailing address

DHE Plumbing
4475 8th Ave.
Grandville, MI 49418

Date(s) debt was incurred  9/30/2019

Last 4 digits of account number  G702

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Plumbing work

Is the claim subject to offset? ■ No ☐ Yes

$27,848.00

---

**3.5** Nonpriority creditor's name and mailing address

Eat GR Magazine
Chris C Freeman
2831 Alson NE
Grand Rapids, MI 49505

Date(s) debt was incurred  1/20/2020

Last 4 digits of account number  N/A

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Advertising

Is the claim subject to offset? ■ No ☐ Yes

$1,500.00

---

**3.6** Nonpriority creditor's name and mailing address

Ecosure
26397 Network Place
Chicago, IL 60673-1263

Date(s) debt was incurred  1/10/2020

Last 4 digits of account number  0001

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Food Safety Visit

Is the claim subject to offset? ■ No ☐ Yes

$663.00

---

**3.7** Nonpriority creditor's name and mailing address

First Insurance Funding
450 Skokie Blvd
Suite 1000
Northbrook, IL 60062-7917

Date(s) debt was incurred  N/A

Last 4 digits of account number  3353

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  General Business, Property, & Umbrella Insurance

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

10/29/20 3:10PM

| Debtor | MSSH, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.8**

**Nonpriority creditor's name and mailing address**
Fortune Fish & Gourmet
1068 W. South Thorndale Ave.
Bensenville, IL 60106

**Date(s) debt was incurred** 11/3/2020
**Last 4 digits of account number** 530

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Food supplier

Is the claim subject to offset? ☒ No ☐ Yes

$18,032.97

---

**3.9**

**Nonpriority creditor's name and mailing address**
Ghafari Associates
Ghafari Concept Design
17101 Michigan Ave.
Dearborn, MI 48126-2736

**Date(s) debt was incurred** 9/30/2019
**Last 4 digits of account number** 6001

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Architecural services on the interior of building

Is the claim subject to offset? ☒ No ☐ Yes

$4,480.00

---

**3.10**

**Nonpriority creditor's name and mailing address**
Gordon Food Service
1300 Gezon Parkway SW
Wyoming, MI 49509

**Date(s) debt was incurred** 10/15/2019
**Last 4 digits of account number** 0872

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Food supplier

Is the claim subject to offset? ☒ No ☐ Yes

$96,219.12

---

**3.11**

**Nonpriority creditor's name and mailing address**
Grand Rapids Magazine
Gemini Media, LLC
401 Hall St. SW,
Suite 331
Grand Rapids, MI 49503

**Date(s) debt was incurred** 11/26/2019
**Last 4 digits of account number** 1197

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Advertising

Is the claim subject to offset? ☒ No ☐ Yes

$2,835.00

---

**3.12**

**Nonpriority creditor's name and mailing address**
Great Lakes West
24475 Red Arrow Highway
Mattawan, MI 49071

**Date(s) debt was incurred** 12/31/19
**Last 4 digits of account number** 2099

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier of shelving

Is the claim subject to offset? ☒ No ☐ Yes

$7,514.66

---

**3.13**

**Nonpriority creditor's name and mailing address**
Greenwood Studios
1017 Cottage Grove St. SE
Grand Rapids, MI 49507

**Date(s) debt was incurred** 11/4/2019
**Last 4 digits of account number** N/A

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Original bar build out structural design

Is the claim subject to offset? ☒ No ☐ Yes

$35,939.50

---

**3.14**

**Nonpriority creditor's name and mailing address**
Holland Stitchcraft
13163 Reflections Dr.
Holland, MI 49424

**Date(s) debt was incurred** 9/18/2019
**Last 4 digits of account number** N/A

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Fabric and stitching on booths

Is the claim subject to offset? ☒ No ☐ Yes

$9,384.35

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

10/29/20  3:10PM

| Debtor | MSSH, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.15** | Nonpriority creditor's name and mailing address
Hoogerhyde Safe
1033 Leonard St. NW
Grand Rapids, MI 49504

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Changed locks

Is the claim subject to offset? ■ No  ☐ Yes

$149.51

---

**3.16** | Nonpriority creditor's name and mailing address
Old World Truffles
3527 Greenway Ave.
Royal Oak, MI 48073

**Date(s) debt was incurred**  2/17/2020

**Last 4 digits of account number**  N/A

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Food supplier

Is the claim subject to offset? ■ No  ☐ Yes

$378.00

---

**3.17** | Nonpriority creditor's name and mailing address
Open Table, Inc.
1 Montgomery St.
Suite 700
San Francisco, CA 94104

**Date(s) debt was incurred**  3/6/2020

**Last 4 digits of account number**  3158

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Online reservation system

Is the claim subject to offset? ■ No  ☐ Yes

$5,272.96

---

**3.18** | Nonpriority creditor's name and mailing address
Outfront
185 US Highway 46
Fairfield, NJ 07004

**Date(s) debt was incurred**  11/4/2019

**Last 4 digits of account number**  528F

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Advertising

Is the claim subject to offset? ■ No  ☐ Yes

$2,500.00

---

**3.19** | Nonpriority creditor's name and mailing address
Perrigo Printing
125 Ottawa Ave NW
Suite 160
Grand Rapids, MI 49503

**Date(s) debt was incurred**  10/21/2019

**Last 4 digits of account number**  N/A

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Printing

Is the claim subject to offset? ■ No  ☐ Yes

$2,129.53

---

**3.20** | Nonpriority creditor's name and mailing address
Restaurant 365
500 Technology Dr. Ste. 200
Irvine, CA 92618

**Date(s) debt was incurred**  7/1/2020

**Last 4 digits of account number**  N/A

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Computer software

Is the claim subject to offset? ■ No  ☐ Yes

$1,695.00

---

**3.21** | Nonpriority creditor's name and mailing address
Richmond Stamp Works
26 Ionia SW
Grand Rapids, MI 49503

**Date(s) debt was incurred**  2/19/2020

**Last 4 digits of account number**  2000

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Stamp for business

Is the claim subject to offset? ■ No  ☐ Yes

$135.68

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | MSSH, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address**
Springthrough Consulting, Inc.
62 Commerce Ave. SW
Grand Rapids, MI 49503

**Date(s) debt was incurred**  11/1/2019

**Last 4 digits of account number**  N/A

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Server installation and maintenance

Is the claim subject to offset? ■ No  ☐ Yes

**$10,764.34**

---

**3.23** | **Nonpriority creditor's name and mailing address**
Swept Away
5238 32nd Ave.
Hudsonville, MI 49426

**Date(s) debt was incurred**  12/14/2019

**Last 4 digits of account number**  N/A

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Cleaning service

Is the claim subject to offset? ■ No  ☐ Yes

**$6,324.00**

---

**3.24** | **Nonpriority creditor's name and mailing address**
Valley City Linen
10 Diamond Ave. SE
Grand Rapids, MI 49506

**Date(s) debt was incurred**  12/2/2019

**Last 4 digits of account number**  1793

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Linen rental and supplier

Is the claim subject to offset? ■ No  ☐ Yes

**$10,826.81**

---

**3.25** | **Nonpriority creditor's name and mailing address**
Van Eerden Foodservice Co.
650 Ionia SW
Grand Rapids, MI 49503

**Date(s) debt was incurred**  2/11/2020

**Last 4 digits of account number**  1923

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Food supplier

Is the claim subject to offset? ■ No  ☐ Yes

**$13,447.29**

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | A Closer Look<br>PO Box 936612<br>Atlanta, GA 31193-6612 | Line  3.1<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Ashley Bravata<br>Ross, Stuart & Dawson, Inc.<br>14 E. 14 Mile Rd., Ste. 100<br>Clawson, MI 48017 | Line  3.25<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Eat GR Magazine<br>PO Box 150963<br>Grand Rapids, MI 49515 | Line  3.5<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Fortune Fish & Gourmet<br>PO Box 88477<br>Chicago, IL 60680-1427 | Line  3.8<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | MSSH, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | Gordon Food Service<br>PO Box 88029<br>Chicago, IL 60680-1029 | Line _3.10_<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Gordon Food Service<br>PO Box 1787<br>Grand Rapids, MI 49501-1787 | Line _3.10_<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 45,829.48 |
| **5b. Total claims from Part 2** | 5b. + | $ | 284,937.50 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 330,766.98 |

10/29/20 3:10PM

| Fill in this information to identify the case: |
|---|

Debtor name     MSSH, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Premises Lease for 58 Ionia Ave. SW, Grand Rapids, MI | |
| | State the term remaining | 5 years | 58 Ionia Retail, LLC<br>44 Grandville Ave., SW,<br>Suite 300<br>Grand Rapids, MI 49503 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | |
| | State the term remaining | 4 years | Amur Equipment Finance, Inc.<br>308 N. Locust St.<br>Grand Island, NE 68801 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | |
| | State the term remaining | 4 years | Applied Capital<br>5955 Glenwood Hills Parkway SE<br>Grand Rapids, MI 49512 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Restaurant water, hygiene technologies | |
| | State the term remaining | | Ecolab, Inc.<br>PO Box 70343<br>Chicago, IL 60673 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

10/29/20  3:10PM

| Debtor 1 | MSSH, LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Security System | |
|---|---|---|---|
| | State the term remaining | 4 years | |
| | List the contract number of any government contract | | EPS Systems<br>750 Front Avenue NW<br>Grand Rapids, MI 49504 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | |
|---|---|---|---|
| | State the term remaining | 3 years | |
| | List the contract number of any government contract | | Lease Corp of America<br>3150 Livernois Rd.<br>Troy, MI 48083 |

10/29/20  3:10PM

**Fill in this information to identify the case:**

Debtor name ___MSSH, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF MICHIGAN___

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Mark A Sellers, III | 1040 Oakleigh NW<br>Grand Rapids, MI | Ionia Retail, LLC | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 Mark A Sellers, III | 1040 Oakleigh NW<br>Grand Rapids, MI | Amur Equipment<br>Finance, Inc. | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 Mark A Sellers, III | 1040 Oakleigh NW<br>Grand Rapids, MI | Lease Corp of America | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 Martin Cate | 300 Mount Shasta Dr.<br>San Rafael, CA 94903 | Amur Equipment<br>Finance, Inc. | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  MSSH, LLC

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2020 to Filing Date | ■ Operating a business<br>Note: The income and expenses of MSSH, LLC and Authentiki, LLC are reported on a consolidated basis because MSSH, LLC is a disregarded entity under applicable tax law.<br>■ Other | $1,765,514.18 |
| For prior year:<br>From  1/01/2019 to 12/31/2019 | ■ Operating a business<br>Note: The income and expenses of MSSH, LLC and Authentiki, LLC are reported on a consolidated basis because MSSH, LLC is a disregarded entity under applicable tax law.<br>■ Other | $1,117,823.00 |
| For year before that:<br>From  1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other | $0.00 |

Debtor ___MSSH, LLC_____ Case number *(if known)* _____

---

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

---

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | First Insurance Funding<br>450 Skokie Blvd<br>Suite 1000<br>Northbrook, IL 60062-7917 | 8/31/2020-9/11/2020 | $19,205.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Insurance Renewal |
| 3.2. | GR Outdoor<br>P.O. Box 2626<br>Grand Rapids, MI 49501 | 8/31/2020 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Billboard Advertising |
| 3.3. | Gordon Food Service<br>P.O. Box 88029<br>Chicago, IL 60680-1029 | 7/29/2020-10/21/2020 | $95,801.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | Ionia Retail, LLC<br>44 Grandville Ave., SW<br>Suite 300<br>Grand Rapids, MI 49503 | 8/20/2020 | $9,780.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Rent |
| 3.5. | Ionia Retail, LLC<br>44 Grandville Ave., SW<br>Suite 300<br>Grand Rapids, MI 49503 | 8/3/2020;<br>9/3/2020;<br>10/6/2020 | $49,265.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Rent paid with Paycheck Protection Program (PPP) loan funds |

10/29/20  3:10PM

Debtor    MSSH, LLC _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.6.  Carmella Foods<br>18350 15 Mile Rd.<br>Fraser, MI 48026 | 7/31/2020 -<br>10/23/2020 | $12,123.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7.  Ecolab, Inc.<br>1 Ecolab Place<br>Saint Paul, MN 55102 | 8/14/2020 -<br>10/21/2020 | $8,006.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.8.  Fortune Fish & Gourmet<br>1068 W. South<br>Bensenville, IL 60106 | 8/6/2020 -<br>10/16/2020 | $20,736.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.9.  Great Lakes Wine & Spirits<br>373 Victor Ave.<br>Highland Park, MI 48203 | 8/19/2020 -<br>10/23/2020 | $24,971.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other  General Wine & Liquor |
| 3.10.  Imperial Beverage<br>3825 Emerald Dr.<br>Kalamazoo, MI 49001 | 8/14/2020 -<br>10/22/2020 | $14,189.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11.  Pawnee Leasing Corporation<br>3801 Automation Way<br>Suite 207<br>Fort Collins, CO 80525 | 8/13/2020 -<br>10/16/2020 | $18,774.56 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12.  Phoenix Construction Management<br>Services, LLC<br>455 Lake Michigan Dr. NW<br>Ste. 15<br>Grand Rapids, MI 49503 | 8/4/2020 -<br>10/22/2020 | $23,602.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.13.  Robert McDougall | 8/11/2020 -<br>10/13/2020 | $901.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

10/29/20  3:10PM

Debtor    MSSH, LLC                                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.14. State of Michigan<br>P.O. Box 30149<br>Lansing, MI 48909-7649 | 8/21/2020 -<br>10/16/2020 | $52,759.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Taxes |
| 3.15. State of Michigan Liquor Control<br>611 W. Ottawa<br>P.O. Box 30004<br>Lansing, MI 48909 | 9/1/2020 -<br>10/21/2020 | $9,247.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.16. The Cleaning Professionals<br>1118 Koster St.<br>Jenison, MI 49428 | 8/4/2020 -<br>10/16/2020 | $12,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.17. US Foods<br>Corporate Headquarters<br>9399 West Higgins Rd.<br>Suite 100<br>Rosemont, IL 60018 | 8/28/2020 -<br>10/21/2020 | $13,700.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.18. Wolverine Building, Inc.<br>4045 Barden Dr. SE<br>Grand Rapids, MI 49512 | 10/28/2020 | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Mark A Sellers III<br>1040 Oakleigh NW<br>Grand Rapids, MI 49504<br>Managing Member | 5/29/2020 | $23,180.00 | Repayment of Personal Loan |
| 4.2. Mark A Sellers III<br>1040 Oakleigh NW<br>Grand Rapids, MI 49504<br>Managing Member | 10/28/2020 | $50,000.00 | Settlement of Wolverine Building v<br>Authentiki, LLC and Mark Sellers |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | MSSH, LLC | Case number *(if known)* | |

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |

**6.   Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |

## Part 3:    Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

10/29/20  3:10PM

Debtor    MSSH, LLC

Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Foster Swift Collins & Smith P.C. 313 S. Washington Square Lansing, MI 48933 | | April, 2020 Payment made between Authentiki, LLC & MSSH, LLC | $38,434.00 |
| **Email or website address** https://www.fosterswift.com/contact-office-lansing-attorneys-lawyers.html | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2. Rehmann Robson 2330 East Paris Ave SE Grand Rapids, MI 49546 | | 7/7/2020; 8/11/2020; 10/23/2020 | $60,000.00 |
| **Email or website address** Chip.Hoebeke@rehmann.com | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.3. Schafer & Weiner, PLLC 40950 Woodward Avenue Suite 100 Bloomfield Hills, MI 48304 | | 10/14/2020 $7,500.00 10/27/2020 $10,000.00 | $17,500.00 |
| **Email or website address** www.schaferandweiner.com | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor      MSSH, LLC                                                    Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | Ionia Retail, LLC<br>44 Grandville Ave., SW<br>Suite 300<br>Grand Rapids, MI 49503 | Grant of security interest in the following:<br>Goods, apparatus, equipment, fixtures,<br>furnishings, artwork, additional personal<br>property located at 58 Ionia, Grand Rapids,<br>MI | 6/1/2019 | $580,203.00 |
| | Relationship to debtor | | | |

---

**Part 7:**   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Names, addresses, email addresses, phone numbers from online sales
websites (Shopify, Mailchimp) and information from online reservation
websites (Open Table, Tok).
Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

| Debtor | MSSH, LLC | | Case number *(if known)* | |

---

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Chase Bank<br>200 Ottawa Ave. NW<br>Grand Rapids, MI 49503 | XXXX-1901 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 8/3/2020 | $7,275.70 |
| 18.2. | United<br>44 Ionia Ave SW<br>Grand Rapids, MI 49503 | XXXX-3582 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 3/29/2020 | $11,695.00 |
| 18.3. | Chase Bank<br>200 Ottawa Ave NW<br>Grand Rapids, MI 49503 | XXXX-3633 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 7/29/2020 | $103.35 |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   Details About Environment Information

---

10/29/20 3:10PM

| Debtor | MSSH, LLC | Case number *(if known)* | |
|---|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Capstone CPA Group<br>233 Fulton St. E<br>#528<br>Grand Rapids, MI 49503 | 3/1/2020-3/31/2020 |
| 26a.2. | Kristine Frost; Bookkeeper<br>1885 Shore Dr. S<br>Apt. 222<br>Saint Petersburg, FL 33707 | 10/1/2019-3/31/2020 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    MSSH, LLC                                          Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.3.    Lisa Miller; Consultant<br>1487 Stoney Lake Dr.<br>Holland, MI 49424 | 10/1/2019-3/31/2020 |
| 26a.4.    Shannen Conn<br>7045 Austhof Woods Dr SE<br>Alto, MI 49503 | 1/27/2020-present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Shannen Conn<br>7045 Austhof Woods Dr SE<br>Alto, MI 49503 | |
| 26c.2.    Capstone CPA Group<br>233 Fulton St. E.<br>#528<br>Grand Rapids, MI 49503 | Capstone is a creditor and has not furnished records when requested |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    Jim Schram & Rich Williams | 9/27/2020 | $68,049.99; Cost |

| Name and address of the person who has possession of inventory records |
|---|
| Shannen Conn<br>7045 Austhof Woods Dr SE<br>Alto, MI 49503 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark A Sellers III | 1040 Oakleigh NW<br>Grand Rapids, MI 49504 | Managing Member | |

| Debtor | MSSH, LLC | | Case number *(if known)* | |

---

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ■ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | $1,168.02 | 12/16/2019 | |
| | | $554.33 | 1/26/2020 | |
| | | $1,685.99 | 3/13/2020 | |
| | | $521.07 | 6/23/2020 | |
| | 59 Commerce Building, LLC | $646.29 | 9/4/2020 | Insurance payments |
| | 59 Commerce Ave. SW | $654.33 | 10/8/2020 | Rent payments |
| | Grand Rapids, MI 49503 | $654.33 | 10/23/2020 | |

| Relationship to debtor |
|---|
| Affiliate |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

- ☐ No
- ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |
| Authentiki, LLC | EIN:   83-1480876 |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    MSSH, LLC                                          Case number *(if known)*

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      October 29, 2020

/s/ Mark A. Sellers, III                              Mark A. Sellers, III
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    Authorized Representative

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

10/29/20 3:10PM

# United States Bankruptcy Court
## Western District of Michigan

In re   MSSH, LLC                                    Case No.

Debtor(s)           Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Authentiki, LLC<br>1040 Oakleigh NW<br>Grand Rapids, MI 49504 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   October 29, 2020                   Signature   /s/ Mark A. Sellers, III

                                                   Mark A. Sellers, III

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

10/29/20  3:10PM

## United States Bankruptcy Court
### Western District of Michigan

In re    MSSH, LLC                                        Case No.
                                    Debtor(s)      Chapter       11

## VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    October 29, 2020                      /s/ Mark A. Sellers, III
                                          Mark A. Sellers, III/Authorized Representative
                                          Signer/Title

58 IONIA RETAIL, LLC
44 GRANDVILLE AVE., SW,
SUITE 300
GRAND RAPIDS MI 49503


A CLOSER LOOK
460 S. PEACHTREE ST. #C
NORCROSS GA 30071


A CLOSER LOOK
PO BOX 936612
ATLANTA GA 31193-6612


ACCIDENT FUND
200 N GRAND AVE
PO BOX 40790
LANSING MI 48901-7990


AMUR EQUIPMENT FINANCE, INC.
308 N LOCUST STREET
GRAND ISLAND NE 68801


APPLIED CAPITAL
5955 GLENWOOD HILLS PARKWAY SE
GRAND RAPIDS MI 49512


ASHLEY BRAVATA
ROSS, STUART & DAWSON, INC.
14 E. 14 MILE RD., STE. 100
CLAWSON MI 48017


BUIST ELECTRIC
2-84TH ST. SW
BYRON CENTER MI 49315


CITY OF GRAND RAPIDS
300 MONROE AVE. NW
RM 220
GRAND RAPIDS MI 49503-2296


DHE PLUMBING
4475 8TH AVE.
GRANDVILLE MI 49418

```
EAT GR MAGAZINE
CHRIS C FREEMAN
2831 ALSON NE
GRAND RAPIDS MI 49505


EAT GR MAGAZINE
PO BOX 150963
GRAND RAPIDS MI 49515


ECOLAB, INC.
PO BOX 70343
CHICAGO IL 60673


ECOSURE
26397 NETWORK PLACE
CHICAGO IL 60673-1263


EPS SYSTEMS
750 FRONT AVENUE NW
GRAND RAPIDS MI 49504


FIRST INSURANCE FUNDING
450 SKOKIE BLVD
SUITE 1000
NORTHBROOK IL 60062-7917


FORTUNE FISH & GOURMET
1068 W. SOUTH THORNDALE AVE.
BENSENVILLE IL 60106


FORTUNE FISH & GOURMET
PO BOX 88477
CHICAGO IL 60680-1427


GHAFARI ASSOCIATES
GHAFARI CONCEPT DESIGN
17101 MICHIGAN AVE.
DEARBORN MI 48126-2736


GORDON FOOD SERVICE
1300 GEZON PARKWAY SW
WYOMING MI 49509
```

GORDON FOOD SERVICE
PO BOX 88029
CHICAGO IL 60680-1029


GORDON FOOD SERVICE
PO BOX 1787
GRAND RAPIDS MI 49501-1787


GRAND RAPIDS MAGAZINE
GEMINI MEDIA, LLC
401 HALL ST. SW,
SUITE 331
GRAND RAPIDS MI 49503


GREAT LAKES WEST
24475 RED ARROW HIGHWAY
MATTAWAN MI 49071


GREENWOOD STUDIOS
1017 COTTAGE GROVE ST. SE
GRAND RAPIDS MI 49507


HOLLAND STITCHCRAFT
13163 REFLECTIONS DR.
HOLLAND MI 49424


HOOGERHYDE SAFE
1033 LEONARD ST. NW
GRAND RAPIDS MI 49504


IONIA RETAIL, LLC
44 GRANDVILLE AVE., SW
SUITE 300
GRAND RAPIDS MI 49503


LEASE CORP OF AMERICA
3150 LIVERNOIS ROAD
STE. 300
TROY MI 48083


LEASE CORP OF AMERICA
3150 LIVERNOIS RD.
TROY MI 48083

```
MARTIN CATE
300 MOUNT SHASTA DR.
SAN RAFAEL CA 94903


OLD WORLD TRUFFLES
3527 GREENWAY AVE.
ROYAL OAK MI 48073


OPEN TABLE, INC.
1 MONTGOMERY ST.
SUITE 700
SAN FRANCISCO CA 94104


OUTFRONT
185 US HIGHWAY 46
FAIRFIELD NJ 07004


PERRIGO PRINTING
125 OTTAWA AVE NW
SUITE 160
GRAND RAPIDS MI 49503


RESTAURANT 365
500 TECHNOLOGY DR. STE. 200
IRVINE CA 92618


RICHMOND STAMP WORKS
26 IONIA SW
GRAND RAPIDS MI 49503


SPRINGTHROUGH CONSULTING, INC.
62 COMMERCE AVE. SW
GRAND RAPIDS MI 49503


SWEPT AWAY
5238 32ND AVE.
HUDSONVILLE MI 49426


VALLEY CITY LINEN
10 DIAMOND AVE. SE
GRAND RAPIDS MI 49506


VAN EERDEN FOODSERVICE CO.
650 IONIA SW
GRAND RAPIDS MI 49503
```

# United States Bankruptcy Court
## Western District of Michigan

In re    MSSH, LLC

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    MSSH, LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Authentiki, LLC
1040 Oakleigh NW
Grand Rapids, MI 49504

☐ None [*Check if applicable*]

October 29, 2020

Date

/s/ Joseph K. Grekin

Joseph K. Grekin P52165

Signature of Attorney or Litigant

Counsel for    MSSH, LLC

Schafer and Weiner, PLLC
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
jgrekin@schaferandweiner.com